UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAX DOPPELT,

                                  Plaintiff,

                -v-

SPECTRUM EXCHANGE, LLC,

                                  Defendant.

25-cv-5684 (SHS) (OTW)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff's complaint invokes this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332 but does not enable the Court to determine if complete diversity exists between the parties.

"For purposes of assessing diversity jurisdiction, an unincorporated entity such as a partnership or a limited liability company is deemed to be a citizen of all states of which its partners or members are citizens." *Castillo Grand LLC v. Sheraton Operating Corp.*, No. 09-cv-7197, 2009 WL 4667104, at *1 (S.D.N.Y. Dec. 9, 2009). "In pleading an LLC's citizenship, the identity and citizenship of each member has to be specifically alleged." *U.S. Liab. Ins. Co. v. M Remodeling Corp.*, 444 F. Supp. 3d 408, 410 (E.D.N.Y. 2020). "It follows from this that if any of an LLC's members are themselves non-corporate entities, then a plaintiff must allege the identity and citizenship of their members, proceeding up the chain of ownership until it has alleged the identity and citizenship of every individual with a direct or indirect interest in the LLC." *Id.*

Plaintiff has alleged that defendant Spectrum Exchange, LLC ("Spectrum") has two members: Xtremis Holdings, LLC ("Xtremis") and Zylinium Research LLC ("Zylinium"). The complaint does not allege the identity and citizenship of all the members of Xtremis and Zylinium. Because Spectrum's citizenship depends on the citizenship of all the members of Xtremis and Zylinium, the Court is unable to determine based on the complaint's allegations whether complete diversity of citizenship exists between the parties.

Plaintiff is directed to file a document setting forth the identity and citizenship of all members of Xtremis and Zylinium by July 25, 2025.

Dated: New York, New York
July 11, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.