UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAX DOPPELT,

                      Plaintiff,

-v-

SPECTRUM EXCHANGE, LLC,

                      Defendant.

25-cv-5684 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    Spectrum Exchange, LLC's motion to stay discovery pending resolution of its motion to dismiss the complaint (Dkt No. 26) is denied. The Court shall hear oral argument on Spectrum's motion to dismiss (Dkt. No. 11) on Thursday, November 20, 2025, at 2:15 p.m. in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse.

Dated: New York, New York
         November 5, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.