UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAX DOPPELT,

                    Plaintiff,

      -v-

SPECTRUM EXCHANGE, LLC,

                    Defendant.

25-cv-5684 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

For the reasons set forth on the record at today's conference, Spectrum Exchange, LLC's motion to dismiss the complaint for lack of subject matter jurisdiction, for failure to state a claim upon which relief can be granted, and in the alternative for summary judgment (Dkt. No. 11) is denied.

The Court adopts the following case schedule:

| Event | Deadline |
| --- | --- |
| Motions to Add New Parties and Motions for Leave to Amend Pleadings | February 2, 2026 |
| Close of Fact Discovery | March 13, 2026 |
| Principal Expert Reports | March 16, 2026 |
| Rebuttal Expert Reports | March 30, 2026 |
| Close of Expert Discovery | April 17, 2026 |
| Submission of Joint Pre-Trial Order and Motions in Limine | May 1, 2026 |
| Trial | June 8, 2026 |

Dated: New York, New York
       November 20, 2025

SO ORDERED:

*Sidney H. Stein* (signature)

Sidney H. Stein, U.S.D.J.