UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAX DOPPELT,

                              Plaintiff,

                    -v-

SPECTRUM EXCHANGE, LLC,

                              Defendant.

---

25-cv-5684 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A status conference shall be held in this action by telephone on March 24, 2026, at 11:00 a.m.

Dated:  New York, New York
        December 1, 2025

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.