EXHIBIT C TO SETTLEMENT
AGREEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAX DOPPELT,                                      :

      Plaintiff,                              :        Civil Action No. 1:25-cv-05684-SHS

    - against -                                 :        **NOTICE OF DISMISSAL AND ORDER**

SPECTRUM EXCHANGE, LLC,                           :

      Defendant.                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DISMISSAL

Plaintiff, Max Doppelt, and Defendant, Spectrum Exchange, LLC, by their undersigned attorneys, dismiss this matter with prejudice.

Dated: December __, 2025                          **SCALE LLP**


By: */s/ Robert S. Gans*_____
Robert S. Gans
Mary C. Spooner
228 Park Avenue South, Suite 86147
New York, New York 10003
Telephone: (415) 735-5933
mspooner@scalefirm.com
rgans@scalefirm.com

*Attorneys for Plaintiff Max Doppelt*


*/s/ Camille R. Nicodemus*_____
Camille R. Nicodemus, Esq.
Quilling Selander Lownds Winslett & Moser PC
10333 N. Meridian St, Suite 200
Indianapolis, Indiana 46290
(317) 497-5600 ext. 601
cnicodemus@qslwm.com

*/s/ Donald J. Walsh*

Donald J. Walsh *(Pro Hac)*
RKW, LLC
10075 Red Run Blvd., Suite 401
Owings Mills, MD 21117
443-379-4011
dwalsh@rkwlawgroup.com

*Attorneys for Defendant Spectrum
Exchange, LLC*

**Dated: New York, New York
January 6, 2026**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.